UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PEOPLES COALITION FOR JUSTICE MEMBERS NATURAL PERSONS OF WASHINGTON STATE, DANIEL R. KIMBEL, CHRISTOPHER A. LEWIS,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF WASHINGTON, SUPERIOR COURT OF WASHINGTON STATE COUNTY OF PIERCE, PIERCE COUNTY DISTRICT COURT #1, CITY OF LAKEWOOD MUNICIPAL COURT, D.S.H.S.,<br><br>Defendants. | Case No. C06-5487FDB<br><br>ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING CAUSE OF ACTION |

Plaintiffs move for leave to proceed *in forma pauperis*. Plaintiff Kimbel makes certain averments concerning his lack of ability to pay (unemployed since 2003, has received less than one hundred dollars from friends in the past twelve months, survives on food banks and the good graces of his landlord, no savings, etc.) Plaintiff Lewis makes similar averments.

Plaintiffs make allegations of abuse of the judicial process and/or abuse of discretion by judicial officers and others associated with the Washington courts, and they also have alleged fraud in the judicial proceedings. Plaintiffs assert federal question jurisdiction in that they allege violation of their constitutional rights. Plaintiff Kimbel alleges that he has been "maliciously alienated of the Constitutionally guaranteed and protected fundamental liberty interest of the Parent-Child relationship by the Officers of the Superior Court of Washington State, officers of the incorporated agencies d.b.a. State of Washington, Plaintiffs in all judicial actions have been denied by the Courts

ORDER - 1

of Washington, and have not received effective assistance of council [sic] for the issues raised and contained in the case records of the matters."

Plaintiffs go on to request relief in the form of "temporary ex parte or other immediate lawful remedy for injunctive relief to the bench warrant issued for the arrest of Plaintiff Kimbel;" for immediate reinstatement of his driver's license without costs resulting from judgments rendered (referencing specific case numbers); immediate injunctive relief to threat of arrest and continued violation and deprivations of constitutional rights created by the bench warrant issued for Plaintiff Lewis; and for orders directing the clerks of Pierce County Superior Court, Lakewood Municipal Court, Pierce County District Court # 1, and the Department of Social and Health Services to provide copies of certain documents, transcriptions of pretrial and trial proceedings without cost. Plaintiffs also seek damages for the constitutional violations asserted, as well as leave to file extended length briefs in the future in this matter.

Plaintiffs have made allegations that their rights under the United States Constitution have been violated; nevertheless, merely asserting a constitutional deprivation does not automatically demonstrate that jurisdiction is proper in this Court. Plaintiffs apparently take issue with the actions of certain state courts, and rather than follow with the state administrative or appeal processes, have decided to sue in this Court. Under the circumstances, Plaintiffs should assert their concerns in the state courts.

ACCORDINGLY, IT IS ORDERED: Plaintiffs are denied leave to proceed *in forma pauperis,* and this cause of action is DISMISSED.

DATED this 31st day of August, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2