UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PEOPLES COALITION FOR JUSTICE MEMBERS NATURAL PERSONS OF WASHINGTON STATE, DANIEL R. KIMBEL, CHRISTOPHER A. LEWIS,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF WASHINGTON, SUPERIOR COURT OF WASHINGTON STATE COUNTY OF PIERCE, PIERCE COUNTY DISTRICT COURT #1, CITY OF LAKEWOOD MUNICIPAL COURT, D.S.H.S.,<br><br>Defendants. | Case No. C06-5487FDB<br><br>ORDER DENYING RECONSIDERATION |

Plaintiffs move for reconsideration of the Court's "Order Denying Leave to Proceed *In Forma Pauperis* And Dismissing Cause of Action." Plaintiffs also demand a three-judge panel for reconsideration. The Court is not persuaded by the motion for reconsideration, and it will be denied along with the "demand" for a three-judge panel. ACCORDINGLY,

IT IS ORDERED: Plaintiffs' Motion for Reconsideration [Dkt. # 4] is DENIED.

DATED this 31st day of October 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1